IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

CHRYSTAL GOULET,

                        Plaintiff,

          vs.

WHOLE FOODS MARKET GROUP, INC.,

And

GBD PROPERTIES, INC.
                     Defendants.

Civil Action No. _____

## **NOTICE OF REMOVAL**

      Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendants, Whole Foods Market Group, Inc. ("WFMG") and GBD Properties, Inc. ("GBD" and together with WFMG, the "Defendants"), file this Notice of Removal of the captioned action from the Superior Court of Portland, Cumberland County, Maine, where the action is now pending, to this Court and shows the Court the following:

      1.     Plaintiff Chrystal Goulet ("Plaintiff") filed this action on or around October 10, 2018 in Cumberland County Superior Court.

      2.     Defendants were served with the Summons and Complaint in this action on October 18, 2018. An amended complaint was filed by Plaintiff, without objection, to name the proper party GBD Properties, Inc. on January 21, 2019.  A true and accurate copy of the Summons and Complaint are attached hereto as Exhibits A, B, and C, respectively.

      3.     Plaintiff responded to Requests for Admissions on January 9, 2019 where Plaintiff admitted that the damages, if proven at trial, would be valued in excess of $75,000, exclusive of

interests and costs. A true and accurate copy of the Request for Admissions is attached hereto as Exhibit D. Thus, removal of this case is timely under 28 U.S.C. § 1446(b). See Parker v. County of Oxford, 224 F. Supp. 2d 292, 295 (D. Me. 2002).

4.    This case is removable pursuant to 28 U.S.C. § 1441(a) as a civil action "of which the district courts of the United States have original jurisdiction."

5.    The Court has original subject-matter jurisdiction over this case under 28 U.S.C. § 1332 because the real parties in interest in this action are citizens of different states and the amount in controversy in this action exceeds $75,000, exclusive of interest and costs:

a.    Plaintiff is a resident of Biddeford, York County, State of Maine.  See Exhibit B, ¶ 1.

b.    WFMG is a Delaware corporation with its headquarters located in Austin, Texas. Accordingly, WFMG is treated as a citizen of Texas for purposes of determining whether this Court has subject matter jurisdiction over this action. 28 U.S.C. § 1332(c)(1); See Hertz Corp. v. Friend, 599 U.S. 77, 78-79 (2010).

c.    GBD is a Delaware corporation with its principal place of business in Austin, Texas. Accordingly, GBD is treated as a citizen of Texas for purposes of determining whether this Court has subject matter jurisdiction over this action. 28 U.S.C. § 1332(c)(1); See Hertz Corp. v. Friend, 599 U.S. 77, 78-79 (2010).

d.    Plaintiff's damages, if proven at trial, would be valued in excess of $75,000, exclusive of interests and costs. See Exhibit D.

      e.      Consequently, Plaintiff and Defendants are considered citizens of different states for purposes of 28 U.S.C. § 1332.

6.      It is proper for this case to be removed to this Court's district because the Superior Court of Portland, Cumberland County, Maine, is located within this Court's district.

7.      As indicated by the attached Certificate of Service, a copy of this Notice is being served on all parties.  A copy of the Notice is also being filed with the Clerk of the Superior Court of Cumberland County.

8.      Pursuant to 28 U.S.C. 1446(a), copies of all process, pleadings, and orders served on Defendants in this action are attached to this Notice as exhibits.

9.      In the event that any question arises as to the propriety of this removal, Defendants request the opportunity to submit briefs and be heard at oral argument in support of its position that removal is proper.

WHEREFORE, Defendants respectfully requests that this Court take jurisdiction of this action and issue all necessary orders and process to remove the action from the Cumberland County Superior Court to this Court.

*[SIGNATURES ON FOLLOWING PAGE]*

Respectfully submitted,

Whole Foods Market Group, Inc.
And
GBD Properties, Inc.
By their attorney,


/s/ Kevin P. Polansky_____
Kevin P. Polansky (Bar #5516)
Kevin.polansky@nelsonmullins.com
Nelson Mullins Riley & Scarborough, LLP
One Post Office Square, 30th Floor
Boston, MA  02109
(T) (617) 217-4720
(F) (617) 217-4710

DATED: February 8, 2019


**CERTIFICATE OF SERVICE**

I, Kevin P. Polansky, counsel for Whole Foods Market Group, Inc. and GBD Properties,

Inc., do hereby certify that I have served the foregoing documents on the following counsel of

record this 8th day of February 2019 by U.S. First-Class Mail:

Peter Clifford
Clifford & Clifford, LLC
62 Portland Road, Suite 37
Kennebunk, ME 04043


/s/ Kevin P. Polansky_____