# EXHIBIT B

| | |
|---|---|
| STATE OF MAINE<br>CUMBERLAND, ss. | SUPERIOR COURT<br>CIVIL ACTION<br>DOCKET NO. |

| | | |
|---|---|---|
| CRYSTAL GOULET, an Individual with a<br>residence in Biddeford, York County, Maine, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | COMPLAINT |
| WHOLE FOODS MARKET GROUP, INC., a<br>Delaware corporation, with its headquarters in<br>Austin, Texas, and authorized to conduct business<br>in the State of Maine, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| FRANKLIN & SOMERSET PORTLAND ME,<br>LLC, | ) | |
| | ) | |
| Defendants | ) | |

NOW COMES the Plaintiff, Crystal Goulet, by and through counsel, Peter Clifford of Clifford & Clifford, LLC, and complains against the Defendant as follows:

1. Plaintiff Crystal Goulet is an individual who resides in Biddeford, York County, State of Maine.

2. Defendant Whole Foods Market Group, Inc. ("Whole Foods") is a Delaware corporation, with its headquarters located in Austin, Texas, and is authorized to conduct business world-wide, including in the State of Maine.

3. Defendant Franklin & Somerset Portland ME, LLC ("Franklin & Somerset") is a Delaware limited liability company, with its principal place of business in Austin, Texas, and is authorized to conduct business in the State of Maine.

4. On September 5, 2016, Plaintiff was an invitee at Defendant Whole Foods store, located at 2 Somerset Street in Portland, Cumberland County, Maine.

5. At all material times, Plaintiff was in the exercise of due care.

6. At all material times, Defendants owned, operated, managed, controlled and maintained the premises located at 2 Somerset Street in Portland, Maine.

7. On September 5, 2016, Defendants breached their duty of care by failing to provide reasonably safe premises.

## COUNT I: LANDOWNER/OCCUPIER LIABILITY

8. Plaintiff repeats and realleges the allegations in her Complaint, as if fully set forth herein.

9. On September 5, 2016, Plaintiff suffered serious injuries as result of a fall at the premises owned, operated, maintained and controlled by Defendants, located at 2 Somerset Street, in Portland, Maine.

10. The premises were unreasonably dangerous.

11. Defendants' negligence was a proximate cause of the injuries sustained by Plaintiff.

12. As a direct and proximate cause of Defendants' negligence, Plaintiff suffered damages.

WHEREFORE, Plaintiff demands judgment against the Defendants, together with damages, in an amount which is reasonable and just, together with interest and costs.

## COUNT II: NEGLIGENCE

13. Plaintiff repeats and realleges the allegations in her Complaint, as if fully set forth herein.



14. On September 5, 2016, Plaintiff suffered serious injuries as result of Defendants' negligence.

15. As a direct and proximate cause of Defendants' negligence, Plaintiff suffered damages.

WHEREFORE, Plaintiff demands judgment against the Defendants, together with damages, in an amount which is reasonable and just, together with interest and costs.

Dated: October 1(?), 2018

Peter Clifford, Bar No. 7300
Clifford & Clifford, LLC
62 Portland Road, Suite 37
Kennebunk, ME  04043
(207) 985-3200